# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIM. ACTION NO. 3:20-CR-00155-S |
| | § | |
| ZAKI R. WYLE (01) | § | |

## ORDER

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge David L. Horan for consideration. The Court has received the Findings, Conclusions, and Recommendation of the United States Magistrate Judge pursuant to its order [ECF No. 27]. The Government filed objections [ECF No. 28], and the Court has made a *de novo* review of those portions of the Findings, Conclusions, and Recommendation to which objections were made. The Government's objections are **OVERRULED**.

Is it therefore **ORDERED** that the United States Magistrate Judge's Findings, Conclusions, and Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be continued on his current conditions of release.

**SO ORDERED.**

SIGNED March 23, 2021.

_____
**UNITED STATES DISTRICT JUDGE**